UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUGUST IMAGE, LLC,<br><br>    Plaintiff,<br><br>  -against-<br><br>STYLE OF SPORT, LLC,<br><br>    Defendant. | 24-cv-5885 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

  An initial telephonic conference for the above-captioned case was scheduled on September 4, 2024, at 11 A.M. No one appeared for plaintiff. Accordingly, the case is hereby dismissed for lack of prosecution, but without prejudice to being reinstated if plaintiff's counsel submits to the Court a sworn affidavit giving adequate reasons for his failing to appear by no later than September 9, 2024 at 5 PM.

  SO ORDERED.

New York, NY
9/4, 2024

                _____
                JED S. RAKOFF, U.S.D.J.

1